UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IRVING MARSHALL<br>1008 Cosimano Place<br>West River, Maryland 20778<br><br>    Plaintiff,<br> v<br><br>CAMERON STEFON BERLO<br>8111 Aqueduct Court<br>Charlotte, NC 28216<br><br>    Defendant.<br><br>JENNIFER BEVERLY RICCI<br>51 Bog Way<br>Chatham, MA 20633<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE**
(28 U.S.C. § 1332; Diversity of Citizenship)

  NOW COMES Plaintiff, Randall Thompson (hereinafter "Plaintiff"), by and through counsel, Jeffery W. Styles, Esquire, and complains as follows:

### I. PARTIES

  1.1 Plaintiff, Irving Marshall is a resident of the state Maryland and resides at 1008 Cosimano Place, West River, Maryland 20778.

  1.2 Defendant, Cameron Stefon Berlo is a resident of the state of North Carolina and resides at 8111 Aqueduct Court, Charlotte, NC 28216.

  1.3 Jennifer Beverly Ricci is a resident of the state of Maine and resides at 51 Bog Way, Chatham, MA 02633.

### II. JURISDICTION

  2.1  The District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a). the amount in controversary exceeds Seventy-Five

Thousand dollars ($75,000.00), exclusive of interest and costs. Plaintiff IRVING MARSHALL is an individual and is a citizen of the state of Maryland. Defendant Cameron Stefon Berlo is an individual and is a citizen of the state of North Carolina and Defendant Jennifer Beverly Ricci is an individual and is a citizen of the state of Maine.

2.2   Venue is properly before this Court under 28 U.S.C. § 1391(a) (2), because a substantial part of the events giving rise to this claim occurred in Maryland.

### III.  BACKGROUND & CAUSES OF ACTIONS

3.1   That on or about November 5, 2020, Plaintiff Irving Marshall was the owner and operator of a 2019 Acura MDX that was lawfully travelling Northbound on interstate 295 in Baltimore City at or near 95 Northbound when without warning Defendant Cameron Stefon Berlo, who was operating a 2018 Dodge Ram pickup truck that was owned by Defendant Jennifer Beverly Ricci negligently attempted to change lanes and struck the passenger rear quarter panel of Plaintiff's vehicle causing the Plaintiff to lose control of his vehicle and colliding into a third vehicle.

3.2   That Defendant Jennifer Beverly Ricci entrusted the operation of her vehicle to the Defendant Cameron Stefon Berlo. That Defendant Cameron Stefon Berlo actions were reckless in causing the said automobile accident with the Plaintiff Irving Marshall. That Defendant Jennifer Beverly Ricci knew or should have known that Cameron Stefon Berlo would be incompetent in the operation of its vehicle.

3.3   That at all relevant times herein mentioned, the Defendant's Cameron Stefon Berlo and Jennifer Beverly Ricci owed the Plaintiff Irving Marshall a duty to operate his vehicle in a safe and prudent manner and in compliance with the motor vehicle laws of the State of Maryland.

3.4   That the Defendant's Cameron Stefon Berlo and Jennifer Beverly Ricci

breached the duty he owed to the Plaintiff Irving Marshall by negligently failing to yield the right away, failing to pay full time and attention, failing to make a safe lane change, following to closely and/or failing to keep a proper lookout when he came into Plaintiff's lane of travel and collided into the Plaintiff's vehicle and causing said collision.

## IV. GENERAL DAMAGES

4.1   As a direct and proximate result of the Defendants negligence , Plaintiff suffered damages allowed by law for personal injuries in an amount in excess of $75,000.00.

4.2   As a further result of Defendants' negligence, Plaintiff Irving Marshall has suffered serious and permanent personal injuries.  Plaintiff Irving Marshall suffered the following damages.

   a) Medical expenses incurred in the past
   b) Medical expenses which in all probability will be incurred in the future.
   c) Loss of past earning capacity.
   d) Physical pain and mental anguish in the past
   e) Physical pain and mental anguish will in all probability be sustained in the future.

## V. PUNITIVE DAMAGES

5.1   Plaintiff incorporates herein by reference Paragraphs 1 through 5.2, inclusive of this complaint.

5.2   Defendants acts and/or omissions are of such a character to rise to the level of gross negligence.  furthermore, Plaintiff would show that the acts and/or omissions of the Defendants were carried out with conscious disregard for an extreme danger of risk and the rights of others and with actual awareness on the part of Defendants that their acts would, in reasonable probability, result in serious personal injury or death.  Defendants caused substantial personal injury to Plaintiff and

engaged in acts or omissions that, when viewed objectively from the standpoint of defendant at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court issue a judgment against the Defendants and Plaintiff prays:

a) That this Court award Plaintiff Irving Marshall judgment against the Defendant's Cameron Stefon Berlo and Jennifer Beverly Ricci in the sum of $300,000.00;

b) That this Court award Plaintiff such other and further relief as it deems necessary.

Respectfully submitted,

Jeffery W. Styles, Esquire
Washington Legal Group, LLC
1001 Connecticut Avenue, NW
Suite 1138
Washington, DC 20036
Jstyles@washlegal.com
(202) 503-1708
(202) 503-1701 fax